IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Commonwealth of Pennsylvania   :
Department of Corrections   :
   :
      v.   :   No. 1119 C.D. 2020
   :
Lamar Alston,   :
      Respondent   :

# O R D E R

**PER CURIAM**

AND NOW, this 29th day of April, 2024, it is ordered that the above-captioned opinion filed on February 15, 2022, shall be designated OPINION rather than MEMORANDUM OPINION, and it shall be reported.